IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-13532 |
| | ) | CHAPTER 7 |
| **GENOVEVA RIVERA,** | ) | |
| Debtor(s). | ) | **JUDGE PAMELA HOLLIS** |
| | ) | **(Joliet)** |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

To:   See Attached Service List

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 10th day of January, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                        */s/ Peter N. Metrou*
                                        **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

| | | |
|---|---|---|
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Chicago Legal LLC<br>3833 Harlem Ave<br>Berwyn, IL  60402-3925 |
| Collection Prof/Lasal<br>723 1st St<br>La Salle, IL  61301-2535 | Credit Coll<br>PO Box 9134<br>Needham, MA  02494-9134 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL  32256-7412 |
| FINGERHUT FRESHSTART<br>6509 Flying Cloud Dr<br>Eden Prairie, MN  55344-3307 | Genoveva Rivera<br>605 7th Ave<br>Mendota, IL 61342-1919 | Heights Finance Corp #<br>5811 Lee Hwy Ste 401<br>Chattanooga, TN  37421-6100 |
| Hospital Radiology Service S<br>8 W US Highway 6 Ste 2<br>Peru, IL 61354-2943 | Hospital Radiology<br>c/o Collection Professionals Inc.<br>723 First St.<br>LaSalle, IL 61301-2535 | Illinois Urologic Health Surgeons<br>600 E 1st St<br>Spring Valley, IL  61362-1512 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Karen Walin<br>Chicago Legal, LLC<br>3833 S. Harlem Ave.<br>Berwyn, IL 60402-3925 | OSF Saint Paul Medical Center<br>1401 E 12th St<br>Mendota, IL  61342-9216 |
| Samuel Jimenez<br>607 7th Ave<br>Mendota, IL 61342-1919 | | Prescott Brothers Inc<br>926 E Church St # 1<br>Sandwich, IL  60548-1924 |
| Prescott Brothers Inc.<br>c/o Collection Professionals Inc.<br>723 First St.<br>LaSalle, IL 61301-2535 | Progressive Insurance Company<br>6300 Wilson Mills Rd<br>Mayfield Village, OH 44143-2182 | Rivera Genoveva<br>605 7th Ave<br>Mendota, IL  61342-1919 |
| Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX  76161-0244 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sprint<br>PO Box 4600<br>Reston, VA  20195-1416 |
| Sun Loan Company<br>102 W Madison St<br>Ottawa, IL  61350-5006 | Total Finance<br>2917 W Irving Park Rd<br>Chicago, IL  60618-3511 | Valley Pathology S.C.<br>PO Box 152<br>La Salle, IL  61301-0152 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GENOVEVA RIVERA § Case No. 16-13532
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on February 17, 2017 in
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/10/2017        By: /s/ Peter N. Metrou
                                              Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
GENOVEVA RIVERA § Case No. 16-13532
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 21.50 |
| leaving a balance on hand of[1] | $ | 7,978.50 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Peter N. Metrou | $ 53.26 | $ 0.00 | $ 53.26 |
| Attorney for Trustee Fees: Metrou & Associates | $ 625.00 | $ 0.00 | $ 625.00 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses    $    2,578.26

Remaining Balance                                         $    5,400.24

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,419.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SPRINT CORP | $ 278.45 | $ 0.00 | $ 278.45 |
| 2 | PRESCOTT BROTHERS INC. | $ 138.82 | $ 0.00 | $ 138.82 |
| 3 | HOSPITAL RADIOLOGY | $ 126.40 | $ 0.00 | $ 126.40 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 669.97 | $ 0.00 | $ 669.97 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC | $ 205.77 | $ 0.00 | $ 205.77 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,419.41 |
| | Remaining Balance | | | $ 3,980.83 |

Tardily filed claims of general (unsecured) creditors totaling $ 6,867.04 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 58.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | TOTAL FINANCE AC LLC | $ 6,867.04 | $ 0.00 | $ 3,980.83 |

Total to be paid to tardy general unsecured creditors   $ 3,980.83

Remaining Balance   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.