# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GENOVEVA RIVERA | § | Case No. 16-13532 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 24,225.00                           Assets Exempt: 1,200.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,400.24            Claims Discharged
                                                       Without Payment: 20,544.31

Total Expenses of Administration: 2,599.76

---

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 16,385.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,599.76 | 2,599.76 | 2,599.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,693.10 | 8,286.45 | 8,286.45 | 5,400.24 |
| **TOTAL DISBURSEMENTS** | $ 30,078.10 | $ 10,886.21 | $ 10,886.21 | $ 8,000.00 |

4)  This case was originally filed under chapter 7 on 04/20/2016 . The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2017          By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent/preferential transfer Real Estate | 1241-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heights Finance Corp #, 5811 Lee Hwy Ste 401 Chattanooga, TN 37421-6100 | | 3,555.00 | NA | NA | 0.00 |
| | Santander Consumer USA, PO Box 961245 Fort Worth, TX 76161-0244 | | 12,830.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 16,385.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Peter N. Metrou | 2200-000 | NA | 53.26 | 53.26 | 53.26 |
| Associated Bank | 2600-000 | NA | 21.50 | 21.50 | 21.50 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Metrou & Associates | 3110-000 | NA | 625.00 | 625.00 | 625.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,599.76 | $ 2,599.76 | $ 2,599.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Urologic Health Surgeons, 600 E 1st St Spring Valley, IL 61362-1512 | | 248.00 | NA | NA | 0.00 |
| | OSF Saint Paul Medical Center, 1401 E 12th St Mendota, IL 61342-9216 | | 250.00 | NA | NA | 0.00 |
| | Progressive Insurance Company, 6300 Wilson Mills Rd Mayfield Village, OH 44143-2109 | | 91.00 | NA | NA | 0.00 |
| | Sun Loan Company, 102 W Madison St Ottawa, IL 61350-5006 | | 519.00 | NA | NA | 0.00 |
| | Valley Pathology S.C., PO Box 152 La Salle, IL 61301-0152 | | 165.10 | NA | NA | 0.00 |

Case 16-13532    Doc 38    Filed 05/08/17    Entered 05/08/17 15:27:53    Desc Main
Document      Page 6 of 10

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 670.00 | 669.97 | 669.97 | 669.97 |
| 3 | HOSPITAL RADIOLOGY | 7100-000 | 127.00 | 126.40 | 126.40 | 126.40 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | 205.00 | 205.77 | 205.77 | 205.77 |
| 2 | PRESCOTT BROTHERS INC. | 7100-000 | 140.00 | 138.82 | 138.82 | 138.82 |
| 1 | SPRINT CORP | 7100-000 | 278.00 | 278.45 | 278.45 | 278.45 |
| 6 | TOTAL FINANCE AC LLC | 7200-000 | 11,000.00 | 6,867.04 | 6,867.04 | 3,980.83 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 13,693.10** | **$ 8,286.45** | **$ 8,286.45** | **$ 5,400.24** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-13532 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GENOVEVA RIVERA | | | | Date Filed (f) or Converted (c): | 04/20/2016 (f) |
| | | | | | 341(a) Meeting Date: | 05/23/2016 |
| For Period Ending: | 04/11/2017 | | | | Claims Bar Date: | 08/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2011 DODGE TRUCK GRAND CARAVAN-V6 2011 DODGE | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 2. 1995 BUICK CENTURY 200,000 MILES, 1995 BUICK | 800.00 | 800.00 | | 0.00 | FA |
| 3. FURNITURE AND HOUSEHOLD GOODS | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. DEBTORS PERSONAL CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL PLUS SAVINGS ACCOUNT | 25.00 | 0.00 | | 0.00 | FA |
| 6. 401 (K) | 13,000.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent/preferential transfer Real Estate (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $25,425.00   $18,800.00     $8,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to employ counsel granted on 7/29/2016 see Dkt# 23. Adversary filed regarding preferential transfer 10/4/2016. Motion to settle granted 9/30/2016 see Dkt#27. TFR up for hearing 2/17/2017.

RE PROP #      7   --   Liquidation of debtor's interest in real estate debtor transferred to uncle prior to bankruptcy. Court approved settlement of adversary see dkt# 27

Initial Projected Date of Final Report (TFR): 05/15/2017       Current Projected Date of Final Report (TFR): 05/15/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-13532 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: GENOVEVA RIVERA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5751 |
| | Checking |
| Taxpayer ID No: XX-XXX4206 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | 7 | Samuel Jimenez Luna<br>Not on Check | Payment on settlement<br>Settlement on fraudulent transfer of residence. | 1241-000 | $8,000.00 | | $8,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.50 | $7,978.50 |
| 02/20/17 | 101 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $1,603.26 | $6,375.24 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($1,550.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($53.26) | 2200-000 | | | |
| 02/20/17 | 102 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $6,025.24 |
| 02/20/17 | 103 | Metrou & Associates<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $625.00 | $5,400.24 |
| 02/20/17 | 104 | SPRINT CORP<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $278.45 | $5,121.79 |
| 02/20/17 | 105 | PRESCOTT BROTHERS INC.<br>C/O COLLECTION PROFESSIONALS INC.<br>723 FIRST ST.<br>LASALLE, IL 61301 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $138.82 | $4,982.97 |
| 02/20/17 | 106 | HOSPITAL RADIOLOGY<br>C/O COLLECTION PROFESSIONALS INC.<br>723 FIRST ST.<br>LASALLE, IL 61301 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $126.40 | $4,856.57 |
| | | | Page Subtotals: | | $8,000.00 | $3,143.43 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-13532 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: GENOVEVA RIVERA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5751 |
| | Checking |
| Taxpayer ID No: XX-XXX4206 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/17 | 107 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 7100-000 | | $669.97 | $4,186.60 |
| 02/20/17 | 108 | JEFFERSON CAPITAL SYSTEMS LLC PURCHASED FROM FINGERHUT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>ORIG BY: FINGERHUT FRESHSTART | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 7100-000 | | $205.77 | $3,980.83 |
| 02/20/17 | 109 | TOTAL FINANCE AC LLC<br>3400 N PULASKI<br>CHICAGO, IL 60641 | Final distribution to claim 6 representing a payment of 57.97 % per court order. | 7200-000 | | $3,980.83 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*   Page Subtotals: $0.00   $4,856.57

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5751 - Checking | $8,000.00 | $8,000.00 | $0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $8,000.00 |
| **Total Gross Receipts:** | $8,000.00 |

Page Subtotals:       $0.00       $0.00